AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| MARIO DAVID BANDA-ALICEA | CASE NUMBER:   3:03-cr-00088-HDM-RAM<br>USM NUMBER:    37772-048 |
| **THE DEFENDANT:** | Richard Boulware, AFPD<br>DEFENDANT'S ATTORNEY |

(XX)   admitted guilt to violating conditions set forth in [48] Petition, Paragraph 2 (as modified); [58] Addendum, Paragraphs 1 and 2; and [60] Petition, Paragraph 1 (as modified) and Paragraph 2 of the term of supervision.

( )   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Para. 2 (as mod.) of [48] Petition filed 2/9/09 | Use of Alcohol | 2/7/09 |
| Para. 1 of [58] Addendum filed 5/12/09 | Violate RRC Program | 5/3/09 |
| Para. 2 of [58] Addendum filed 5/12/09 | Use of Alcohol | 5/10/09 |
| Para. 1 (as mod.) of [60] Petition filed 5/26/09 | Reside at RRC Program | 5/23/09 |
| Para. 2 of [60] Petition filed 5/26/09 | Use of Alcohol | 5/23/09 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

June 3, 2009
Date of Imposition of Judgment

*signature*
Signature of Judge

HOWARD D. McKIBBEN,
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

6-15-09
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

DEFENDANT: MARIO DAVID BANDA-ALICEA
CASE NUMBER: 3:03-cr-00088-HDM-RAM

Judgment - Page __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Fourteen (14) Months**.

(XX) The court makes the following recommendations to the Bureau of Prisons:
**Strong recommendation for placement of Defendant at facility with intensive alcohol treatment program.**

(XX) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
    ( ) at _____ a.m./p.m. on _____
    ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( ) before 2 p.m. on _____
    ( ) as notified by the United States Marshal.
    ( ) as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal